

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2020

No. 04-20-00125-CV

**PAY AND SAVE, INC.,**
Appellant

v.

Roel **CANALES,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

# O R D E R

The appellee's unopposed motion for extension of time to file brief is GRANTED. The appellee, Roel Canales brief is due on November 23, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court